# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Joshua Jarrett, Jessica Jarrett

*Plaintiff(s)*

v.

United States of America

*Defendant(s)*

Civil Action No. 3:24-cv-01209

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: October 10, 2024

*angie Brewer*
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States of America**
was received by me on *(date)* **October 10, 2024** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **served by certified mail pursuant to FRCP 4(i), delivered 10/16, 10/17, and 10/21 to the following**

| United States of America | United States of America | United States of America | Internal Revenue Service |
|---|---|---|---|
| c/o Merrick Garland | c/o Civil Process Clerk | c/o Civil Process Clerk | 1111 Constitution Avenue, NW. |
| Attorney General | Attorney General | Office of the United States Attorney | Washington, DC 20224 |
| U.S. Department of Justice | U.S. Department of Justice | Middle District of Tennessee | |
| 950 Pennsylvania Ave. NW | 950 Pennsylvania Ave. NW | 719 Church St., Suite 3300 | |
| Washington, D.C. 20530-0001 | Washington, D.C. 20530-0001 | Nashville, Tennessee 37203 | |

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/22/24**

**/s/Cameron T. Norris**
*Server's signature*

**Cameron T. Norris**
*Printed name and title*

**Consovoy McCarthy PLLC**
**1600 Wilson, Blvd.**
**Arlington, VA 2209**
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70200090000187235017

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:59 am on October 17, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 17, 2024, 5:59 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Case 3:24-cv-01209    Document 7    Filed 10/22/24    Page 3 of 10 PageID #: 46

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000187232504

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:59 am on October 17, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 17, 2024, 5:59 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                        ⌄

**USPS Tracking Plus®**                                                                         ⌄

**Product Information**                                                                         ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000187233174

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:12 pm on October 16, 2024 in WASHINGTON, DC 20224.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20224
October 16, 2024, 3:12 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                           ⌄

USPS Tracking Plus®                            ⌄

Product Information                            ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70212720000137836025

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:29 am on October 21, 2024 in NASHVILLE, TN 37203.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

NASHVILLE, TN 37203
October 21, 2024, 11:29 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Case 3:24-cv-01209     Document 7     Filed 10/22/24     Page 9 of 10 PageID #: 52

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**