# United States District Court
## Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# J Sutherland

Bar Number 242528

was duly admitted to practice in this Court on May 11, 2021, and
is in good standing as a member of the bar of this Court.



Signed on October 17, 2024 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court

Case 3:24-cv-01209    Document 8-1    Filed 10/22/24    Page 1 of 1 PageID #: 57