# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

## J Sutherland

Bar Number 242528

was duly admitted to practice in this Court on May 11, 2021, and is in good standing as a member of the bar of this Court.

Signed on October 17, 2024 by

Mark B. Busby, Clerk of Court



