# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Nashville Division ▼

| | |
|---|---|
| Joshua Jarrett, Jessica Jarrett | Case No. 3:24-cv-1209 |
| v.<br>United States of America | Judge William L. Campbell, Jr. ▼ |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Daniel J. Shapiro hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Joshua Jarrett, Jessica Jarrett .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following

is true and correct:

      1.     I am a member in good standing of the following United States District Court or United States appellate court: United States Court of Appeals for the Fifth Circuit

      Attached is a Certificate of Good Standing from that court.

      2.     I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

      3.     I have not been found in contempt by any court or tribunal, except as provided below:

      4.     I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6.    I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7.    I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Cameron T. Norris (BPR #033467), CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700, Arlington, VA 22209
(703) 243-9423, cam@consovoymccarthy.com

8.    I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.    By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Daniel J. Shapiro

/s/_____ Signature

Name: Daniel J. Shapiro

State where admitted and State Bar Number: Virginia, 96537

Business Address: 1600 Wilson Blvd., Suite 700

Local Address [if different from above]:

Phone: (703) 243-9423

Email: daniel@consovoymccarthy.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

On October 24, 2024, I e-filed this motion, which will email those requiring service.

s/ Cameron T. Norris (BPR #033467)

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.