# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

    I, LYLE W. CAYCE, Clerk of this Court, certify that **Daniel Shapiro** was duly admitted to practice in this Court on July 01, 2021, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on October 24, 2024

LYLE W. CAYCE
Clerk

By: _Sabrina B. Short_
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Oct 24, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**