# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:24-cv-1209 |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs, Joshua Jarrett and Jessica Jarrett, respectfully move for a continuance of the initial case management conference currently scheduled before Magistrate Judge Newbern for December 10 at 10:00 a.m. Defendant, United States of America, has not yet appeared in this matter and is not required to respond to the complaint until December 20. Plaintiffs thus cannot intelligently prepare the joint proposed case management conference report, and, accordingly, respectfully request that the conference be rescheduled.

Plaintiffs move to continue the initial case management conference to the week of January 20, 2025, to allow the United States sufficient time to appear. If the Court is available, counsel respectfully requests a conference on January 21, 2025. Plaintiffs have conferred with expected counsel for the United States in this matter; they agree that the

1

conference should be rescheduled and confirm that they are available on January 21.

Respectfully submitted,

Dated: November 27, 2024

*/s/ Cameron T. Norris*
Cameron T. Norris
Jeffrey S. Hetzel\*
Daniel Shapiro\*
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
cam@consovoymccarthy.com

J. Abraham Sutherland\*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

\*pro hac vice

*Attorneys for Plaintiffs*