UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:24-cv-01209 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On November 27, 2024, Plaintiffs Joshua Jarrett and Jessica Jarrett filed a motion to continue the initial case management conference set on December 10, 2024, to allow Defendant United States of America to file a response in this matter. (Doc. No. 13). The motion is GRANTED. The initial case management conference is CONTINUED to January 21, 2025, at 10:30 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 23176048628# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge