IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, and<br>JESSICA JARRETT<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant. | Case No. 3:24-cv-01209 |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for the United States of America moves for admission to appear *pro hac vice* in this action. I certify that I am a member in good standing of the United States District Court for the Central District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: December 20, 2024

                                                                         DAVID A HUBBERT
                                                                         Deputy Assistant Attorney General

                                                                         */s/ Ryan O. McMonagle*
                                                                         RYAN O. MCMONAGLE
                                                                         Trial Attorney, Tax Division
                                                                         U.S. Department of Justice
                                                                         P.O. Box 227
                                                                         Washington, D.C.  20044
                                                                         202-307-1355 (v)
                                                                         202-514-6866 (f)
                                                                         Ryan.McMonagle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ryan O. McMonagle
RYAN O. MCMONAGLE
Trial Attorney
United States Department of Justice, Tax Division