# United States District Court

## Central District of California

# CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Ryan O'Connor McMonagle__, Bar No. __266323__

was duly admitted to practice in this Court on __12/18/2009__
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 20, 2024__
Date

BRIAN D. KARTH
Clerk of Court

By __Martha A. Torres__, Deputy Clerk

G-52 (1/24)    CERTIFICATE OF GOOD STANDING