IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | ) ) ) | Case No. 3:24-cv-01209 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned co-counsel for the United States of America hereby moves for admission to appear *pro hac vice* in this action. I certify that I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: January 16, 2025

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Stephen S. Ho*
STEPHEN S. HO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-8994 (v)
202-514-6866 (f)
Stephen.S.Ho@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, I filed the foregoing Motion for Admission *Pro Had Vice* with the Clerk of Court using the CM/ECF system which shall send notification of such filing to all counsel of record.

/s/ Stephen S. Ho
STEPHEN S. HO
Trial Attorney
U.S. Department of Justice, Tax Division