# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____ STEPHEN   SHUCHING   HO _____ , Bar # _____ SH1636 _____

was duly admitted to practice in the Court on

_____ March 11, 2014 _____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On
New York, New York  _____ January 16, 2025 _____

_____ Tammi M. Hellwig _____  By
Clerk of Court  _____ s/B. Cong _____
Deputy Clerk