# UNITED STATES DISTRICT COURTS
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:24-cv-1209 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01, Jeffrey S. Hetzel gives notice of his withdrawal as counsel for Plaintiffs Joshua and Jessica Jarrett. Plaintiffs will continue to be represented by all other counsel listed below.

1

DATED: May 13, 2025

Respectfully submitted,

/s/ Jeffrey S. Hetzel
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

/s/ Cameron T. Norris
CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Zachary P Grouev*
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*Counsel for Plaintiffs*

*\* Pro hac vice*

## CERTIFICATE OF SERVICE

I e-filed this notice with this Court on May 13, 2025 which emailed everyone

requiring notice.

/s/ Jeffrey S. Hetzel
Jeffrey S. Hetzel

2