UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:24-cv-01209<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On January 21, 2025, the Court directed the parties to file a joint status report regarding their case resolution efforts within 14 days after the conclusion of fact discovery. (Doc. No. 21.) Fact discovery concluded on August 22, 2025, and no status report has been filed.

The parties are ORDERED to file a joint status report by September 15, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge