UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| Joshua Jarrett, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 3:24-cv-1209 |
| | Chief Judge William L. Campbell Jr. Magistrate Judge Alistair E. Newbern |
| United States of America, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's January 11, 2025 Case Management Order and the Magistrate Judge's September 8, 2025 Order, *see* Docs. 21, 26, the parties respectfully report that they have made a good-faith attempt to resolve this case but do not believe settlement is possible. The parties further state that they do not believe ADR will assist in the resolution of this case.

Dated: September 11, 2025

/s/ Ryan O. McMonagle
RYAN O. MCMONAGLE
STEPHEN S. HO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355; 202-616-8994 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov

*Counsel for the United States*

Respectfully submitted,

/s/ Cameron T. Norris
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
cam@consovoymccarthy.com
703-243-9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
805-689-4577

*Pro Hac Vice*

*Counsel for Plaintiff*