IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA JARRETT, and<br>JESSICA JARRETT | ) | Case No. 3:24-cv-01209 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER
AND CONTINUE TRIAL DATE**

The United States moves for agreed modifications to the case management order (Docket No. 21) to extend the relevant deadlines in the above-captioned case and take into account the 43-day lapse in appropriations. There is good cause for this motion insofar as absent an appropriation, Department of Justice attorneys and employees of the IRS were prohibited from working, even on a voluntary basis, except in very limited circumstances. 31 U.S.C. § 1342.

The government shutdown lasted from October 1, 2025 until November 12, 2025, or 43 days. Under the Court's Administrative Order No.82 and Supplemental, all civil litigation in which the United States was a party was, as of the October 1, 2025, immediately suspended, postponed and held in abeyance "until such time as appropriations [were] restored." Prior to this order, the United States had requested that all current deadlines be extended commensurate with the duration of the lapse in appropriations. (Docket No. 28.) At the time, the United States had been diligently working toward complying with the originally scheduled expert disclosure deadline of October 3, 2025.

United States respectfully submits that, given the 43-day lapse in appropriations, the pending deadlines at the time of the shutdown be extended by an average of roughly 75 days to take into account, among other things, counsel's availability during the November and December holidays and a two-week trial in February for lead counsel for the United States. The parties have conferred and Plaintiffs consent to the relief requested.

Accordingly, the United States, with the agreement of Plaintiffs, proposes the deadlines below, which conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion, including response and replies, be filed later than 90 days before the target trial date.

| Existing Deadlines Prior to Shutdown | Proposed Modifications |
| --- | --- |
| **October 3, 2025** – Deadline for parties to identify any expert witnesses and disclose expert reports. | December 1, 2025 |
| **November 3, 2025** – Deadline for rebuttal reports. | January 12, 2026 |
| **December 5, 2025** – Deadline for expert witness depositions. | March 9, 2026[1] |
| **January 23, 2026** – Deadline to file dispositive motions. | April 10, 2026 |
| **February 20, 2026** – Deadline to file responses to dispositive motions | May 8, 2026 |
| **March 6, 2026** – Deadline to file replies. | May 22, 2026 |
| **June 22, 2026** – Deadline to file motions in limine and any motions objecting to expert testimony. | September 8, 2026 |
| **June 29, 2026** – Deadline to submit Joint Proposed Pretrial Order, Witness Lists, Exhibit Lists, and Stipulations. | September 15, 2026 |
| **July 6, 2026 at 2:30 AM** – Pretrial Conference. | September 21, 2026 |
| **July 14, 2026 at 9:00 AM** – Trial. | September 30, 2026 |

//

---

[1] Lead counsel for the United States is scheduled to be in a nine-day trial in *Neuberger, Quinn, Gielen Rubin & Gibber, P.A.*, No. 22-cv-2129 (D. Md.) beginning on February 17, 2025, with attendant pretrial deadlines through January and February 2025.

Dated: November 26, 2025

/s/ Ryan O. McMonagle
RYAN O. MCMONAGLE
STEPHEN S. HO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-1355 (ROM)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2025, I filed the foregoing Motion with the Clerk of Court

using the CM/ECF system which shall send notification of such filing to all counsel of record.

*/s/ Stephen S. Ho*
STEPHEN S. HO
Trial Attorney
U.S. Department of Justice, Tax Division
