ORDER: The motion (Doc. No. 29) is GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA JARRETT, and<br>JESSICA JARRETT | ) | Case No. 3:24-cv-01209 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER
## AND CONTINUE TRIAL DATE

The United States moves for agreed modifications to the case management order (Docket No. 21) to extend the relevant deadlines in the above-captioned case and take into account the 43-day lapse in appropriations. There is good cause for this motion insofar as absent an appropriation, Department of Justice attorneys and employees of the IRS were prohibited from working, even on a voluntary basis, except in very limited circumstances. 31 U.S.C. § 1342.

The government shutdown lasted from October 1, 2025 until November 12, 2025, or 43 days. Under the Court's Administrative Order No.82 and Supplemental, all civil litigation in which the United States was a party was, as of the October 1, 2025, immediately suspended, postponed and held in abeyance "until such time as appropriations [were] restored." Prior to this order, the United States had requested that all current deadlines be extended commensurate with the duration of the lapse in appropriations. (Docket No. 28.) At the time, the United States had been diligently working toward complying with the originally scheduled expert disclosure deadline of October 3, 2025.