IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA JARRETT, and
JESSICA JARRETT )
)   Case No. 3:24-cv-01209
)
Plaintiffs, )
)
v. )
)
UNITED STATES OF AMERICA )
)
Defendant. )

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER AND FOR
LEAVE TO SUPPLEMENT EXPERT DISCLOSURES**

The parties move to modify the case management order (Docket Nos. 29 and 31) to extend the expert discovery and dispositive motion briefing deadlines in the above-captioned case to account for negotiations regarding supplemental expert testimony. The parties also move for leave to supplement their expert disclosures pursuant to those negotiations. There is good cause for this modification, and to permit the parties to supplement their expert disclosures. The proposed schedule will conform to the requirements of Local Rule 16.01(h)(1).

As contemplated by the Court's operative scheduling order, the parties exchanged simultaneous opening expert reports on December 1, 2025. By agreement, the parties exchanged simultaneous rebuttal expert reports on January 21, 2026. The United States' expert witness, Dr. Wulf Kaal, was deposed on March 5, 2026. Plaintiffs' expert witness, Dr. Stephen McKeon, was deposed the following Tuesday, March 10.

Dr. Kaal's rebuttal report introduced the concept of "source accounts," which he asserted were relevant to the issues in this case. Plaintiffs questioned Dr. Kaal about source accounts during his deposition on March 5 and provided the United States with a 2.5-page supplemental report on

source accounts from Dr. McKeon on March 6. The United States questioned Dr. McKeon about his supplemental report during his deposition on March 10 and provided Plaintiffs with a 2.5-page supplemental report from Dr. Kaal on March 18. After exchanging supplemental reports, the parties agreed that there was good cause to seek leave of court to supplement Dr. Kaal's and Dr. McKeon's expert disclosures under Local Rule 39.01(c)(5)(C). The parties also agreed that a modest modification to the deadlines for filing dispositive motions was warranted to account for these negotiations and the potential that the parties might seek to re-call expert witnesses to discuss the content of their supplemental reports.

Thus, the parties respectfully request that the Court grant leave to supplement their expert disclosures, and to modify the dispositive motion deadlines to accommodate a 14-day agreed-upon extension. The parties do not believe that any additional deadlines require modification. The parties propose the deadlines below, which conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion, including response and replies, be filed later than 90 days before the target trial date.

| Existing Deadlines | Proposed Modifications |
|---|---|
| **March 9, 2025** – Deadline for expert witness depositions. | March 27, 2026 |
| **April 10, 2026** – Deadline to file dispositive motions. | April 24, 2026 |
| **May 8, 2026** – Deadline to file responses to dispositive motions | May 22, 2026 |
| **May 22, 2026** – Deadline to file replies. | June 5, 2026 |
| **September 7, 2026** – Deadline to file motions in limine and any motions objecting to expert testimony. | Unchanged |
| **September 14, 2026** – Deadline to submit Joint Proposed Pretrial Order, Witness Lists, Exhibit Lists, and Stipulations. | Unchanged |
| **September 21, 2026 at 1:30 PM** – Pretrial Conference. | Unchanged |

| | |
|---|---|
| **September 29, 2026 at 9:00 AM** – Trial. | Unchanged |

Dated: March 19, 2026

/s/ Cameron T. Norris
Cameron T. Norris*
Zachary P. Grouev*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Suite 700
Arlington, VA 22209
cam@consovoymccarthy.com
zach@consovoymccarthy.com
703-243-9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
805-689-4577
* Pro Hae Vice

*Counsel for Plaintiffs*

/s/ Ryan O. McMonagle
RYAN O. MCMONAGLE
STEPHEN S. HO
Trial Attorneys, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355 (ROM)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov

*Counsel for the United States*

3

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2026, I filed the foregoing Joint Motion with the Clerk of Court using the CM/ECF system which shall send notification of such filing to all counsel of record.

/s/ Cameron T. Norris
Cameron T. Norris

4