# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JOSHUA JARRETT, and
JESSICA JARRETT

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

No. 3:24-cv-01209

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Per Rule 56, and for the reasons stated in the separately filed memorandum, statement of undisputed material facts, and accompanying evidence, Plaintiffs move for summary judgment. The Court should grant the motion, enter judgment for Plaintiffs, and issue an order: (1) directing the Internal Revenue Service to refund the Jarretts' $13,510 overpayment, plus statutory interest; (2) declaring that the IRS's assessment of the Jarretts' taxes was unlawful; (3) enjoining the IRS from treating Jarrett's undisposed-of staking rewards as taxable income; and (4) vacating Revenue Ruling 2023-14.

Respectfully submitted,
April 24, 2026.

/s/ Cameron T. Norris
CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Zachary P. Grouev*
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423
cam@consovoymccarthy.com
zach@consovoymccarthy.com

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*pro hac vice*

2

Case 3:24-cv-01209    Document 38    Filed 04/24/26    Page 2 of 3 PageID #: 607

**CERTIFICATE OF SERVICE**

On April 24, 2026, I e-filed this motion and all accompanying attachments with the

Court via ECF, which emailed everyone requiring service.

/s/ Cameron T. Norris