IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

- - - - - - - - - - - - - - - - - :

JOSHUA JARRETT, ET AL.,      :

                      :

        Plaintiffs,      :   CASE NO.

                      :

        vs.             :   3:24-cv-01209

                      :

UNITED STATES OF AMERICA,   :

                      :

        Defendant.       :

- - - - - - - - - - - - - - - - - :

DEPOSITION OF STEPHEN MCKEON

DATE:                March 10, 2026

TIME:                10:01 a.m.

LOCATION:           CONSOVOY MCCARTHY, PLLC

                    1600 WIlson Boulevard

                    Suite 700

                    Arlington, Virginia 22209

REPORTED BY:        Constance H. Rhodes

                    Reporter, Notary

**Exhibit**

21

Job No. CS7946000

www.CapitalReportingCompany.com
202-857-3376

A P P E A R A N C E S


   On behalf of Plaintiffs:

        TOM MCCARTHY, ESQUIRE

        ZACH GROUEV, ESQUIRE

        ABE SUTHERLAND, ESQUIRE

        Consovoy McCarthy

        1600 Wilson Boulevard

        Suite 700

        Arlington, VA  22209

        Tom@consovoymccarthy.com


   On behalf of Defendant:

        RYAN MCMONAGLE, ESQUIRE

        STEPHEN HO, ESQUIRE

        Department of Justice

        Civil Division Tax Litigation Branch

        555 4th Street, NW, 6th Floor

        Washington, DC 20001

        Ryan.mcmonagle@usdoj.com


                    *  *  *  *  *

Case 3:24-cv-01209    Document 52-1    Filed 05/22/26    Page 2 of 10 PageID #: 1400
www.CapitalReportingCompany.com
202-857-3376

C O N T E N T S

EXAMINATION BY:                                    PAGE

         Counsel for Defendant                        4


MCKEON DEPOSITION EXHIBITS:*

1   Expert Report of Stephen McKeon, PhD       11

2   Rebuttal Report of Stephen McKeon          31

3   Expert Retention Agreement                 40

4   Invoices                                   42

5   IRS Notice 2014-21                         50

6   26 CFR 1:61-1 Revised Rules 2023-14        52

7   Economics and Rewards Tezos                60

8   On-chain governance                        67

9   Token Transfers and balance updates        77

10  Refactoring the management of native
    tokens in the Tezos Economic Protocol      81

11  Adaptive Issuance                         124

12  Tezos documentation - Staking             126

13  The consensus algorithm                   132

14  Supplemental Expert Report                137

15  Ithaca 2, Latest Tezos upgrade            139

16  History of Amendments                     148

(* Exhibits attached to transcript.)

www.CapitalReportingCompany.com
202-857-3376

P R O C E E D I N G S

WHEREUPON,

STEPHEN MCKEON

called as a witness, and having been first duly sworn, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

MR. MCMONAGLE:  All right.  Good morning. We're here in the matter of Jarrett versus United States, 324-CV-1209 in Middle District of Tennessee. Let's go around the room and state our appearances. I'm Ryan McMonagle on behalf of the United States Government.

MR. HO:  Stephen Ho for the government.

MR. SUTHERLAND:  Abraham Sutherland for the plaintiff.

MR. GROUEV:  Zachary Grouev for the plaintiff.

MR. MCCARTHY:  Thomas McCarthy for the plaintiff.

THE WITNESS:  Stephen McKeon.

MR. MCMONAGLE:  Good morning, Dr. McKeon. Before we get started, I want to put something on

Q    Did you look at the code basis for those three updates to prepare this report?

A    I did open the Carthage just to confirm the token wasn't there either which it was not.

Q    And same question I asked you about Hangzhou.  Did you look at the relevant parts of the code for each of those updates regarding how rewards are issued?

MR. MCCARTHY:  Objection.  Form.

THE WITNESS:  I had already looked at the Hangzhou, and these things are incremental.  And so once I verified that the token module was also not contained in there, I did not go further than that.

BY MR. MCMONAGLE:

Q    Now, stepping back, what does the word refactoring mean with respect to code?

MR. MCCARTHY:  Objection.  Form.

THE WITNESS:  I couldn't define that for you.  I mean that may be a software engineering term.

BY MR. MCMONAGLE:

Q    Do you have like a functional

Case 3:24-cv-01209    Document 52-1    Filed 05/22/26    Page 5 of 10 PageID #: 1403
www.CapitalReportingCompany.com
202-857-3376

understanding of what refactoring means?

A    I mean it would require me to speculate. And I don't know, without being able to be specific, I don't want to speculate as to the definition that they are using in here.

Q    Do you know whether refactoring code modifies it's external behavior?

A    Again, without knowing what the definition of refactoring is, it's hard to answer that question.

Q    Do you know whether refactoring, as that word is used in that Nomadic Labs article, Exhibit 10, do you know whether refactoring changes the code's functionality internally?

A    I mean I think without getting into the details of the word refactoring, as I understand this blog post, they are describing changes in the Ithaca update, which changed the way the protocol functioned.

Q    If you look back at Exhibit 16, which was this one, the History of Amendments.

A    I have it.

www.CapitalReportingCompany.com
202-857-3376

works and all these sorts of things that govern property creation inside of a bakery.  Are other bakers innovating on recipes and on advanced yeast and other technological innovations, I would argue yes.

BY MR. MCMONAGLE:

     Q    Doe bread bakers validate the work of other bread bakers?

               MR. MCCARTHY:  Objection.  Form.

               THE WITNESS:  Again, it's difficult to map these things one to one in terms of these analogies. I'm sure bakers do have an opinion on the quality of the output of other bakers and maybe that impacts market price.  Again, you know, it's a little bit of a difficult sort of a -- it's not a one-to-one comparison with the way property is created in digital environments.

BY MR. MCMONAGLE:

     Q    One last question.  Can you think of an example from anywhere in your life or your area of expertise where self-created property is referred to as a reward?

Case 3:24-cv-01209   Document 52-1   Filed 05/22/26   Page 7 of 10 PageID #: 1405
www.CapitalReportingCompany.com
202-857-3376

MR. MCCARTHY:  Objection.  Form.

THE WITNESS:  So I think it is fair to say that, again, this is semantics.  But you could think of the bounty as a crop as being a reward from God if you were sort of like a religious person.  I think like, again, the concept of a reward is sort of like subjective to the person and their belief system.

MR. MCMONAGLE:  I have nothing further.

MR. MCCARTHY:  Nothing from us.

MR. MCMONAGLE:  So I'll just put it on the record again -- we did it at the beginning.  Our position we're holding this open until we can resolve the supplementation issue.  Subject to your right to object, if we do re-call.  But you will be able to read and review this.  We're done asking questions for today.  I think it's best and most efficient if that's what we do.

And then we'll reach our resolution of this in the next couple days.

MR. MCCARTHY:  Yeah.  That's fine.  I'm hopeful we can work something out.  We obviously

Case 3:24-cv-01209    Document 52-1    Filed 05/22/26    Page 8 of 10 PageID #: 1406
www.CapitalReportingCompany.com
202-857-3376

CERTIFICATE OF NOTARY PUBLIC

I, CONSTANCE HUNT RHODES, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotypy and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

*Constance Hunt Rhodes*

CONSTANCE HUNT RHODES

ID# 7129728

Notary Public in and for the

Commonwealth of Virginia

My commission expires:

February 28, 2027

www.CapitalReportingCompany.com
202-857-3376

TOM MCCARTHY, ESQUIRE

Tom@consovoymccarthy.com

March 17, 2026

RE:    Jarrett, Joshua & Jessica v. United States Of Amercia

3/10/2026, Stephen McKeon (#7946000)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

www.CapitalReportingCompany.com
202-857-3376