JOSHUA JARRETT, and )
JESSICA JARRETT ) Case No. 3:24-cv-01209
)
     Plaintiffs, )
)
     v. )
)
UNITED STATES OF AMERICA )
)
     Defendant. )
_____ )

## JOINT MOTION TO CONTINUE TRIAL
## DATE AND TRIAL-RELATED DEADLINES

Plaintiffs Joshua and Jessica Jarret and defendant the United States of America move to continue the trial date and trial-related deadlines in this case for approximately sixty (60) days, or whatever time the Court determines is appropriate to allow sufficient time to rule on the parties' pending cross-motions for summary judgment. In support of the motion, the parties aver as follows:

1. Plaintiffs filed this action on October 10, 2024. ECF No. 1.

2. The Court entered a case management order on January 21, 2025, setting an original trial date of July 14, 2026. ECF No. 21. The parties completed fact discovery by the original deadline of August 22, 2025.

3. Case-related deadlines in this District for matters in which the Government is a party were suspended from October 1, 2025 until November 12, 2025 on account of a lapse in appropriations.

4. On November 26, 2025, the parties moved by consent to amend the scheduling order to set a new schedule for the parties to complete expert discovery and file their planned

dispositive motions. The Court granted the motion, set new expert deadlines, new dispositive motion deadlines, and a new trial date of September 29, 2026. ECF Nos. 31, 32.

5. The parties each retained a testifying expert and completed expert discovery.

6. The parties cross-moved for summary judgment and completed briefing on June 5, 2026. ECF Nos. 60, 61. Both parties take the position that all of the issues in this case can be resolved at summary judgment.

7. In light of the pending dispositive motions, and the upcoming trial-related deadlines (including deadlines requiring the participation of the parties' retained experts), the parties respectfully request that the Court continue the trial and trial-related deadlines pending the resolution of the dispositive motions.

8. Thus, the parties request a new target date for trial of approximately sixty days from the current trial date, or a date thereafter, subject to the Court's availability. If the Court grants the motion, the parties request the opportunity to confer about dates on which the Court is available, and to propose an agreed schedule. In the alternative, the parties request a scheduling conference to set a new trial date and related deadlines.

### Conclusion

For all these reasons, the Court should grant the motion, vacate the current trial-related deadlines, and continue trial by approximately sixty days, or to a date thereafter on which the Court is available.

2

Dated: July 24, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch


*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
STEPHEN S. HO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-1355 (ROM)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov
*Counsel for the United States*



*/s/ Cameron T. Norris*
Cameron T. Norris*
Zachary P. Grouev*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Suite 700
Arlington, VA 22209
cam@consovoymccarthy.com
zach@consovoymccarthy.com
703-243-9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
805-689-4577
* Pro Hac Vice

*Counsel for Plaintiffs*

3