# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JOSHUA JARRETT, et al., )
)
    Plaintiffs, )
) NO. 3:24-cv-01209
v. )
) JUDGE CAMPBELL
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## ORDER

Pending before the Court is Plaintiff's motion to continue trial (Doc. No. 65). The Motion is GRANTED. The trial and all related deadlines are CONTINUED to dates to be reset after the motion(s) for summary judgment have been resolved.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1